UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60851-CIV-DIMITROULEAS

JILL KEMPLER, individually and on
behalf of others similarly situated,

      Plaintiff,

vs.

SECOND ROUND, L.O., a Texas
Limited partnership,

      Defendant.

_____/

## ORDER DISMISSING CASE

THIS CAUSE is before the Court upon Defendant's Suggestion of Death of Plaintiff Jill Kempler (the "Notice") [DE 15], filed herein on November 30, 2018. On November 30, 2018, the Court issued an Order to Show Cause requiring Plaintiff's Counsel to explain why this case should not be dismissed. *See* [DE 16]. Plaintiff's Counsel responded by requesting an extension of time. *See* [DE 17]. The Court gave Plaintiff's Counsel until March 7, 2019 to file a motion to substitute party. *See* [DE 18]. On March 7, 2019, Plaintiff's Counsel filed a Notice indicating that despite diligent efforts they are unable to find a party to substitute for the deceased Plaintiff. Therefore, this action is properly dismissed. The Court has carefully considered the Notice [DE 15] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED**. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

       **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this

11th day of March, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record